JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>    Petitioner,<br><br>    v.<br><br>RAUL LOPEZ, Warden,<br><br>    Respondent. | Case No. CV 10-3537-JLS (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: December 18, 2014

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE